## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Lawrence Charles Billeaud
Attorney at Law
706 W. University Avenue
Lafayette LA 70506

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 24, 2019

## REHEARING ACTION: April 24, 2019

**Docket Number: 18   00789-KW**

**STATE OF LOUISIANA**
**VERSUS**
**STEPHEN SULLIVAN**

**Writ Application from Lafayette Parish Case No. MD 166028**

**BEFORE JUDGES:**

> **Hon. John E. Conery**
> **Hon. Van H. Kyzar**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing or rehearing en banc filed by **Stephen Sullivan** is:

> **REHEARING GRANTED; WRIT DENIED:** The State seeks review of the trial court's September 12, 2018 grant of Defendant's motion to suppress. The trial court made a credibility determination the police officers were not shown the location of the evidence seized nor were they given consent to search Defendant's home. As noted in *State v. Hunt*, 09-1589 (La. 12/1/09), 25 So.3d 746, this court will not overturn a trial court's credibility determination unless the ruling is unsupported by the record. Accordingly, the State's writ application is denied.
>
> KYZAR, J., would deny the rehearing.

cc: Hon. Keith A. Stutes, Counsel for the Applicant
     Ronald E. Dauterive, Counsel for the Applicant